UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHERIE DEBALSI | ) | CASE NO. 1:16-cv-2819 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **JOINT MOTION OF THE PARTIES** |
| | ) | **FOR APPROVAL OF** |
| KJ MACHINING SYSTEMS, INC., et al. | ) | **SETTLEMENT AND DISMISSAL** |
| | ) | **OF THE ACTION** |
| Defendants. | ) | |

For the reasons set forth below, Plaintiff Cherie DeBlasi ("Plaintiff") and Defendants KJ Machining Systems, Inc. and Jon DeBlasi (collectively, "Defendants") hereby move this Court for an Order: (1) approving the settlement between the parties as fair and reasonable; and (2) dismissing this case, with prejudice, each party to bear its own costs and attorneys' fees.

In support of this motion, the parties state that:

1. Plaintiff alleged in the Complaint, among other things, claims for alleged unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA") and Ohio Revised Code Chapter 4111.11.

2. Defendants contended, and continue to contend, that Plaintiff was not entitled to the claimed compensation for a variety of reasons.

3. In an effort to reach a compromise and to avoid the expense and burden of litigation, the parties, without any admission of liability as to any of the asserted claims, have reached a settlement of all claims asserted in the pending action, as well as any and all other claims, demands and causes of action that relate to or reasonably could have arisen out of the same facts alleged in the action, including attorneys' fees and costs, up to the date hereof.  The terms of that settlement are embodied in a written agreement, the terms are embodied in the Joint Stipulation of Settlement

and Release, attached as Exhibit 1.

    4.    Plaintiff's counsel believes that the proposed Settlement is fair and reasonable. *See* Exhibit 2.

    5.    The settlement between the parties is contingent upon the Court's review and approval and issuance of an Order approving the settlement as fair and reasonable.

    6.    Provided the Court provides the approval sought herein, the parties, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this case, with prejudice, each party to bear its own attorneys' fees and costs. The parties request that the Court retain jurisdiction to enforce the terms of their agreement.

WHEREFORE, Plaintiff and Defendants request that the Court enter an Order (see Exhibit 3) approving the settlement agreement between the parties as fair and reasonable, and dismissing this case with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Lori Griffin | /s/ David Dvorin |
| Lori M. Griffin (0085241) | David Dvorin (0067673) |
| Anthony J. Lazzaro (0077962) | Evan Byron (0081100) |
| The Lazzaro Law Firm, LLC | Lieberman, Dvorin & Dowd, LLC |
| 920 Rockefeller Building | 30195 Chagrin Blvd, Suite 300 |
| 614 West Superior Avenue | Pepper Pike, Ohio 44124 |
| Cleveland, OH 44113 | Phone: 216-453-1100 |
| Phone: 216-696-5000 | Facsimile: 216-292-3340 |
| Facsimile: 216-696-7005 | David@lddlegal.com |
| lori@lazzarolawfirm.com | Evan@lddlegal.com |
| anthony@lazzarolawfirm.com | Attorney for Defendants |
| *Attorney for Plaintiff* | |