# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHERIE DEBALSI | ) | CASE NO. 1:16-cv-2819 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL AND** |
| | ) | **APPROVING SETTLEMENT** |
| KJ MACHINING SYSTEMS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

THIS CAUSE having come before the court on the Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice as to Plaintiff's Complaint, such stipulation including the parties' Joint Stipulation of Settlement and Release, and due cause appearing therefore, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed settlement and holds that proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act;

2. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement; and

3. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear his/its own attorneys' fees and costs except as otherwise provide by the settlement agreement. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

ORDERED this  12th  day of  July , 2017.

                                                      s/ Christopher A. Boyko  
                                                     JUDGE CHRISTOPHER A. BOYKO  
                                                     UNITED STATES DISTRICT JUDGE